UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,                No. C-13-2173 EMC (pr)

       Plaintiff,

    v.                                       **ORDER REVOKING PAUPER STATUS**

UNITED STATES GOVERNMENT; *et al.*,

       Defendants.
_____/

    The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

    IT IS SO ORDERED.

Dated: February 6, 2014

                                                  _____
                                                EDWARD M. CHEN
                                                United States District Judge